526 A.2d 348

**Carolyn F. SARGENT, Appellant,**

v.

**J.C. PENNEY AUTO INSURANCE COMPANY, Appellee.**

Supreme Court of Pennsylvania.

Argued April 7, 1987.

Decided May 28, 1987.

John P. Yatsko, Norristown, for appellant.

James J. Oliver, Joseph A. Whip, Jr., Norristown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as improvidently granted.